Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

FREDERICK ROYSTER,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-29028 JKS

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | CITY OF EAST ORANGE |
| Trustee Claim #: | 14 |
| Court Claim # | 7 |
| Claimed Amount: | $2,046.02 |
| Date Claim Filed: | 11/21/2019 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of claim was filed with no attachments. Attachments were mailed to Trustee but not filed with the court. An amended proof of claim inclusive of attachments must be filed with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  November 27, 2019

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

FREDERICK ROYSTER
83 BRIGHTON AVENUE
EAST ORANGE, NJ    07017

DAVID M. TAUS, ESQ.
DEVERO TAUS, LLC
266 KING GEORGE ROAD, SUITE I
WARREN, NJ    07059

CITY OF EAST ORANGE
COLLECTOR OF TAXES
44 CITY HALL PLAZA
EAST ORANGE, NJ    07019