| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | Order Filed on December 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  FREDERICK ROYSTER | Case No.:  19-29028JKS<br><br>Hearing Date:  12/12/2019<br><br>Judge:  JOHN K. SHERWOOD |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 13, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 19-29028JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/12/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the case will be dismissed at the 1/23/2020 confirmation hearing if debtor is not current with plan payments by 12/31/2019.