| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Marie-Ann Greenberg MAG-1284** |
| **Chapter 13 Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |

Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  FREDERICK ROYSTER

Case No.:  19-29028JKS

Hearing Date:  12/12/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 13, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  19-29028JKS

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 12/12/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the case will be dismissed at the 1/23/2020 confirmation hearing if debtor is not current with plan payments by 12/31/2019.

```
                      United States Bankruptcy Court
                           District of New Jersey
```

In re:                                                              Case No. 19-29028-JKS
Frederick Royster                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Dec 13, 2019
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db              +Frederick Royster,    83 Brighton Avenue,    East Orange, NJ 07017-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    FNA DZ, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              David M. Taus    on behalf of Debtor Frederick  Royster dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6