| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**UNITED STATES ATTORNEY'S OFFICE**<br>CRAIG CARPENITO<br>United States Attorney<br>EAMONN O'HAGAN<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Tel: (973) 645-2874<br>Fax: (973) 297-2010<br><br>*Attorneys for the United States of America* | |
| In re<br><br>FREDERICK ROYSTER,<br><br><br>Debtor. | Case No. 19-29028-JKS<br><br>Chapter 13<br><br>**Hearing Date: January 23, 2020**<br>**Hearing Time: 8:30 a.m.**<br><br>Judge: Hon. John K. Sherwood |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

   The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On December 19, 2019, I sent a copy of the following pleading to the parties listed in the chart below:

   **Objection of Internal Revenue Service to Confirmation of Debtor's Chapter 13 Plan [Docket No. 17].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/20/19

Signature

| Name and Address of Party Served | Relationship of | Mode of Service |
|---|---|---|
| David M. Taus, Esq.<br>DEVERO TAUS LLC<br>266 King George Road, Suite I<br>Warren, NJ 07059<br><br>dtaus@deverotaus.com | Debtor's Counsel | ☐Hand-delivered<br><br>☐Regular mail<br><br>☐Certified mail/RR<br><br>☐E-mail<br>**X Notice of Electronic Filing (NEF)**<br><br>☐Other _____<br>  (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Suite 330<br>Fairfield, NJ 07004<br><br>magecf@magtrustee.com | Chp. 13 Trustee | ☐Hand-delivered<br><br>☐Regular mail<br><br>☐Certified mail/RR<br><br>☐E-mail<br>**X Notice of Electronic Filing (NEF)**<br><br>☐Other _____ (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.