DAVID M. TAUS, ESQ.
DEVERO TAUS, LLC
266 KING GEORGE ROAD, SUITE I
WARREN, NJ  07059

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-29028

| Re: | FREDERICK ROYSTER | Atty: | DAVID M. TAUS, ESQ. |
|---|---|---|---|
| | 83 BRIGHTON AVENUE | | DEVERO TAUS, LLC |
| | EAST ORANGE,  NJ  07017 | | 266 KING GEORGE ROAD, SUITE I |
| | | | WARREN, NJ  07059 |

## RECEIPTS AS OF 01/15/2020          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/12/2019 | $600.00 | 6400206000 | 01/15/2020 | $200.00 | 6485239000 |

**Total Receipts:  $800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 41.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | FNA DZ, LLC | MORTGAGE ARRI | 66,913.66 | 100.00% | 0.00 | 0.00 |
| 0003 | CITIBANK NA | UNSECURED | 1,912.52 | 0.00% | 0.00 | 0.00 |
| 0005 | UNITED STATES TREASURY/IRS | SECURED | 108,691.69 | 100.00% | 0.00 | 0.00 |
| 0006 | ONEMAIN | UNSECURED | 8,951.66 | 0.00% | 0.00 | 0.00 |
| 0007 | PROGRESSIVE LEASING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | STATE OF NJ | SECURED | 14,752.88 | 100.00% | 0.00 | 0.00 |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURI | 2,605.80 | 100.00% | 0.00 | 0.00 |
| 0011 | US BANK | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 718.60 | 0.00% | 0.00 | 0.00 |
| 0013 | STATE OF NJ | UNSECURED | 3,313.54 | 0.00% | 0.00 | 0.00 |
| 0014 | CITY OF EAST ORANGE | SECURED | 2,046.02 | 100.00% | 0.00 | 0.00 |
| 0015 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 196.79 | 0.00% | 0.00 | 0.00 |
| 0016 | ANTHONY SCILLIA, MD | UNSECURED | 2,199.28 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $41.60**
See Summary

**Chapter 13 Case # 19-29028**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $800.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $41.60          =          Funds on Hand: $758.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.