UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004
(973)227-2840
Chapter 13 Standing Trustee

In Re:

FEDERICK ROYSTER

Case No.: 19-29028
Judge:  John K Sherwood

# ORDER VACTING ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

1

Debtor(s): FREDERICK ROYSTER

Case No.: 19-29028

Caption of Order: Order Denying Confirmation of the Plan and Dismissing Case

---

THIS MATTER having come before the Court on 1/23/2020, for a Confirmation Hearing of the Debtor(s) Chapter 13 plan.

ORDERED AND DIRECTED that the Order Denying Confirmation of the Plan and Dismissing Case signed on 1/29/2020 is vacated and the Confirmation Hearing rescheduled for February 27, 2020 at 8:30am.