Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−29028−JKS
                              Chapter: 13
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frederick Royster
    83 Brighton Avenue
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−0558

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

      NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 1/29/2020 has been vacated effective 2/5/2020.

Dated: February 5, 2020
JAN: zlh

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29028-JKS
Frederick Royster                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Feb 05, 2020
                            Form ID: 149             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db            +Frederick Royster,    83 Brighton Avenue,    East Orange, NJ 07017-1705
cr            +FNA DZ, LLC,    c/o HONIG & GREENBERG, LLC,    1949 Berlin Road,    Suite 200,    Suite 200,
                Cherry Hill, NJ 08003-2077
518620837     +Anthony Scillia, MD,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
518616341      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518500086     +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
518569560     +FNA DZ, LLC,    c/o Adam D. Greenberg, Esquire,    1949 Berlin Road,    Suite 200,
                Cherry Hill, NJ 08003-2077
518500087     +FNA NJ, LLC,    120 N. La Salle Street, Suite 1220,    Chicago, IL 60602-3797
518500088     +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518500089     +Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,    Cherry Hill, NJ 08003-2077
518500093    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of NJ - Division of Taxation,    Bankruptcy Unit,
                50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ  08695-0245)
518500094    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
518515670     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518500095     +US Bank,    50 S. 16th Street, Suite 2050,    Philadelphia, PA 19102-2521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 00:21:22
                United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
518529703      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:27:37      LVNV Funding, LLC.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518539195     +E-mail/PDF: cbp@onemainfinancial.com Feb 06 2020 00:28:52      One Main Financial,    PO Box 3251,
                Evansville, In 47731-3251
518500091     +E-mail/PDF: cbp@onemainfinancial.com Feb 06 2020 00:27:05      OneMain Financial,
                495 Prospect Avenue, Suite 402A,    West Orange, NJ 07052-4100
518600727     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2020 00:22:17      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518500092     +E-mail/Text: ecfbankruptcy@progleasing.com Feb 06 2020 00:22:05      Progressive Leasing,
                256 W. Data Drive 413110,    Draper, UT 84020-2315
                                                                                               TOTAL: 8
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518544107*     Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
518500090*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operation,
                PO Box 21126,    Philadelphia, PA 19114)
518568685*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                Trenton, NJ 08695-072)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 149              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    FNA DZ, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              David M. Taus    on behalf of Debtor Frederick  Royster dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```