UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004
(973)227-2840
Chapter 13 Standing Trustee

Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FEDERICK ROYSTER

Case No.:  19-29028
Judge:  John K Sherwood

**ORDER VACTING ORDER DENYING CONFIRMATION AND DISMISSING PETITION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 5, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): FREDERICK ROYSTER

Case No.: 19-29028

Caption of Order: Order Denying Confirmation of the Plan and Dismissing Case

_____

THIS MATTER having come before the Court on 1/23/2020, for a Confirmation Hearing of the Debtor(s) Chapter 13 plan.

ORDERED AND DIRECTED that the Order Denying Confirmation of the Plan and Dismissing Case signed on 1/29/2020 is vacated and the Confirmation Hearing rescheduled for February 27, 2020 at 8:30am.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-29028-JKS
Frederick Royster                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 05, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db              +Frederick Royster,   83 Brighton Avenue,   East Orange, NJ 07017-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    FNA DZ, LLC agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          David M. Taus    on behalf of Debtor Frederick   Royster dtaus@deverotaus.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7