| **STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.** | | |
|---|---|---|
| __3__ Valuation of Security | __0__ Assumption of Executory Contract or Unexpired Lease | __1__ Lien Avoidance |

**Last revised: October 7, 2019**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

In Re:  **Frederick Royster**                                            Case No.:  __19-29028 (JKS)__

                                                                         Judge:  _____

           Debtor(s)

## Chapter 13 Plan and Motions

☑ Original                    ☑ Modified/Notice Required                Date:  __03/06/2020__

☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☑ DOES  ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS.  NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES  ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR.  SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES  ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:  /s/ dmt          Initial Debtor:  /s/ fr          Initial Co-Debtor: _____

**Chapter 13 Plan**  
Case No: 19-29028 (JKS)  
Debtor(s): **Frederick Royster**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$1,540.68** per **month** to the Chapter 13 Trustee, starting on **10/15/2019** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☑ Future earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available): **Personal injury lawsuit filed.**

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property:  
  Description:

  Proposed date for completion: _____

- ☐ Refinance of real property:  
  Description:

  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:  
  Description:

  Proposed date for completion: _____

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of the plan:

## Part 2: Adequate Protection ☑ NONE

a. Adequate protection payments will be made in the amount of _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Chapter 13 Plan**           Case No:   19-29028 (JKS)
                              Debtor(s): **Frederick Royster**

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $2,020.00 |
| State of NJ - Division of Taxation | Taxes | $17,500.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☑ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C. 1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor / Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|
| | | | | |

b. **Curing and Maintaining Payments on Non-Principal Residence and other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor / Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|
| | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor / Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|
| | | | |

| **Chapter 13 Plan** | | Case No: | 19-29028 (JKS) |
| | | Debtor(s): | **Frederick Royster** |

**d.  Requests for valuation of security, Cram-down, Strip Off and Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor / Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|
| FNA NJ, LLC<br>83 Brighton Avenue, East Orange NJ | $34,497.21 | $170,000.00 | | $34,497.21 | 0.00% | $34,497.21 |
| Toyota Financial Services<br>2014 Toyota Tundra (approx. 121,000 miles) | $19,063.42 | $15,000.00 | | $15,000.00 | 0.00% | $15,000.00 |
| US Bank<br>83 Brighton Avenue, East Orange NJ | $2,541.84 | $170,000.00 | FNA NJ, LLC | $2,541.84 | 0.00% | $2,541.84 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C. 1301 be terminated in all respects.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f.  Secured Claims Unaffected by the Plan**  ☑ **NONE**

The following secured claims are unaffected by the Plan:

**g.  Secured Claims to be Paid in Full Through the Plan:**  ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:    Unsecured Claims  ☐ NONE

**a.  Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than  _____  to be distributed pro rata

☐  Not less than  _____  percent

☑  Pro Rata distribution from any remaining funds

**b.  Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

| **Chapter 13 Plan** | Case No: | 19-29028 (JKS) |
|---|---|---|
| | Debtor(s): | **Frederick Royster** |

## Part 6:    Executory Contracts and Unexpired Leases    ☑ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:    Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.    **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**    ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor / Nature of Collateral / Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|
| | | | | | |

b.    **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**    ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor / Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|
| | | | | | |

c.    **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**    ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor / Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|
| **Toyota Financial Services** **2014 Toyota Tundra (approx. 121,000 miles)** | $19,063.42 | $15,000.00 | $15,000.00 | $4,063.42 |

| Chapter 13 Plan | Case No: | 19-29028 (JKS) |
|---|---|---|
| | Debtor(s): | **Frederick Royster** |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☑ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Ch. 13 Standing Trustee commissions**
2) Administrative claim of Devero Taus LLC
3) Secured claims
4) Priority Claims      5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified:    **10/7/2019**

| Explain below WHY the plan is being modified: | Explain below HOW the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☑ Explain here:

**Personal Injury Claim**
**Proceeds to be utilized as necessary to complete plan.**

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Chapter 13 Plan**  Case No:  19-29028 (JKS)
Debtor(s):  **Frederick Royster**

---

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **3/6/2020**    **/s/ Frederick Royster**
 Frederick Royster, Debtor

Date:  _____
 Joint Debtor

Date:  **3/6/2020**    **/s/ David M. Taus, Esq.**
 David M. Taus, Esq., Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-29028-JKS
Frederick Royster　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Mar 10, 2020
　　　　　　　　　　　　　　Form ID: pdf901　　Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
```
db              +Frederick Royster,    83 Brighton Avenue,    East Orange, NJ 07017-1705
cr              +FNA DZ, LLC,   c/o HONIG & GREENBERG, LLC,    1949 Berlin Road,   Suite 200,   Suite 200,
                  Cherry Hill, NJ 08003-2077
518620837       +Anthony Scillia, MD,   c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                  Parsippany, NJ 07054-4609
518616341        Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518500086       +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
518569560       +FNA DZ, LLC,   c/o Adam D. Greenberg, Esquire,    1949 Berlin Road,   Suite 200,
                  Cherry Hill, NJ 08003-2077
518500087       +FNA NJ, LLC,    120 N. La Salle Street, Suite 1220,    Chicago, IL 60602-3797
518754548        H & R Block,    701 NJ 440 S,    Jersey City, NJ 07304
518500088       +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518500089       +Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,    Cherry Hill, NJ 08003-2077
518500093       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of NJ - Division of Taxation,    Bankruptcy Unit,
                  50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ   08695-0245)
518500094       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
518515670       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518500095       +US Bank,    50 S. 16th Street, Suite 2050,    Philadelphia, PA 19102-2521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 00:39:15
                  United States of America (Internal Revenue Service,    U.S. Attorney’s Office,
                  970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
518529703        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:15     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518539195       +E-mail/PDF: cbp@onemainfinancial.com Mar 11 2020 00:42:05     One Main Financial,    PO Box 3251,
                  Evansville, In 47731-3251
518500091       +E-mail/PDF: cbp@onemainfinancial.com Mar 11 2020 00:41:52     OneMain Financial,
                  495 Prospect Avenue, Suite 402A,    West Orange, NJ 07052-4100
518600727       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 11 2020 00:40:25     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518500092       +E-mail/Text: ecfbankruptcy@progleasing.com Mar 11 2020 00:40:16     Progressive Leasing,
                  256 W. Data Drive 413110,    Draper, UT 84020-2315
                                                                                               TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518544107*        Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
518500090*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operation,
                   PO Box 21126,    Philadelphia, PA 19114)
518568685*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,   PO BOX 245-Bankruptcy,
                   Trenton, NJ 08695-072)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2           Date Rcvd: Mar 10, 2020
                              Form ID: pdf901            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor   FNA DZ, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              David M. Taus    on behalf of Debtor Frederick  Royster dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```