Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29028−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Frederick Royster
83 Brighton Avenue
East Orange, NJ 07017

Social Security No.:
xxx−xx−0558

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/7/19 and a confirmation hearing on such Plan has been scheduled for 2/27/20.

The debtor filed a Modified Plan on 3/9/20 and a confirmation hearing on the Modified Plan is scheduled for 4/9/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 11, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-29028-JKS
Frederick Royster                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 11, 2020
                              Form ID: 186             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db             +Frederick Royster,    83 Brighton Avenue,    East Orange, NJ 07017-1705
cr             +FNA DZ, LLC,    c/o HONIG & GREENBERG, LLC,    1949 Berlin Road,    Suite 200,    Suite 200,
                 Cherry Hill, NJ 08003-2077
518620837      +Anthony Scillia, MD,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
518616341       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518500086      +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
518569560      +FNA DZ, LLC,    c/o Adam D. Greenberg, Esquire,    1949 Berlin Road,    Suite 200,
                 Cherry Hill, NJ 08003-2077
518500087      +FNA NJ, LLC,    120 N. La Salle Street, Suite 1220,    Chicago, IL 60602-3797
518754548       H & R Block,    701 NJ 440 S,    Jersey City, NJ 07304
518500088      +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518500089      +Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,    Cherry Hill, NJ 08003-2077
518500093     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of NJ - Division of Taxation,    Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ  08695-0245)
518500094     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
518515670      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518500095      +US Bank,    50 S. 16th Street, Suite 2050,    Philadelphia, PA 19102-2521
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 12 2020 00:02:36
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
518529703       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 00:12:44      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518539195      +E-mail/PDF: cbp@onemainfinancial.com Mar 12 2020 00:12:19      One Main Financial,    PO Box 3251,
                 Evansville, In 47731-3251
518500091      +E-mail/PDF: cbp@onemainfinancial.com Mar 12 2020 00:12:57      OneMain Financial,
                 495 Prospect Avenue, Suite 402A,    West Orange, NJ 07052-4100
518600727      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 12 2020 00:03:18      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518500092      +E-mail/Text: ecfbankruptcy@progleasing.com Mar 12 2020 00:03:10      Progressive Leasing,
                 256 W. Data Drive 413110,    Draper, UT 84020-2315
                                                                                              TOTAL: 8
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518544107*      Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518500090*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operation,
                 PO Box 21126,    Philadelphia, PA 19114)
518568685*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-072)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Mar 11, 2020
                              Form ID: 186             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor   FNA DZ, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              David M. Taus    on behalf of Debtor Frederick  Royster dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```