Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29028−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederick Royster
   83 Brighton Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−0558

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 7, 2020
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Frederick Royster  
    Debtor

Case No. 19-29028-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 07, 2020  
                                Form ID: 148     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.

```
db          +Frederick Royster,    83 Brighton Avenue,     East Orange, NJ 07017-1705
cr          +FNA DZ, LLC,    c/o HONIG & GREENBERG, LLC,    1949 Berlin Road,    Suite 200,    Suite 200,
              Cherry Hill, NJ 08003-2077
cr          +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514
518620837   +Anthony Scillia, MD,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
518616341    Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518500086   +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
518569560   +FNA DZ, LLC,    c/o Adam D. Greenberg, Esquire,    1949 Berlin Road,    Suite 200,
              Cherry Hill, NJ 08003-2077
518500087   +FNA NJ, LLC,    120 N. La Salle Street, Suite 1220,    Chicago, IL 60602-3797
518754548    H & R Block,    701 NJ 440 S,    Jersey City, NJ 07304
518500088   +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518500089   +Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,    Cherry Hill, NJ 08003-2077
518500093   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of NJ - Division of Taxation,    Bankruptcy Unit,
              50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ  08695-0245)
518515670   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518500095   +US Bank,    50 S. 16th Street, Suite 2050,    Philadelphia, PA 19102-2521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:23     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:20     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           EDI: IRS.COM May 08 2020 02:53:00      United States of America (Internal Revenue Service,
              U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
518529703    E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 23:43:45      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518539195   +EDI: AGFINANCE.COM May 08 2020 02:53:00      One Main Financial,    PO Box 3251,
              Evansville, In 47731-3251
518500091   +EDI: AGFINANCE.COM May 08 2020 02:53:00      OneMain Financial,
              495 Prospect Avenue, Suite 402A,    West Orange, NJ 07052-4100
518600727   +EDI: JEFFERSONCAP.COM May 08 2020 02:53:00      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518500092   +E-mail/Text: ecfbankruptcy@progleasing.com May 07 2020 23:38:28      Progressive Leasing,
              256 W. Data Drive 413110,    Draper, UT 84020-2315
518500094    EDI: TFSR.COM May 08 2020 02:53:00      Toyota Financial Services,    PO Box 5855,
              Carol Stream, IL 60197
                                                                                                TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518544107*    Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
518500090*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operation,
               PO Box 21126,    Philadelphia, PA 19114)
518568685*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
               Trenton, NJ 08695-072)
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2            Date Rcvd: May 07, 2020
                              Form ID: 148               Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    FNA DZ, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              David M. Taus     on behalf of Debtor Frederick  Royster dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eamonn O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Gavin  Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```